FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 16 2015

JEFFREY P. COLWELL
CLERK

In the United States District Court
for the District of Colorado

15-MC-0053

Re: CASTLE CHURCH – For the
Redemption of the Office BISHOP

Mandatory Exception

## NOTICE

Dear USDC Clerk: Please accept the attached $46 to open a Miscellaneous Case for this NOTICE.

Dear Jackie SWANSON:

Thank you for your most recent letter (attached) and your offer described therein. I must however in good conscience refuse that offer and as not to be offensive but to remedy any confusion the organization structure of "CASTLE CHURCH: For the Redemption of the Office BISHOP" is an unincorporated church organization associated with the church. For cross reference you might look within the United States Code at Title 26 Section 508(c)(1)(a) with Respect to 501(c)3. Our organization is not only exempt from taxation but it is a complete exception to the code in its entirety.

Again, the Board of Trustees thanks you for your diligence and we look forward to the execution of your office. Thank you for your contemplation of the foregoing. We hope we have been helpful.

For your uses, please find the following United States Code.

### 26 U.S. Code § 508 - Special rules with respect to 26 U.S. Code § 501c3

Title 26 Section 508
  (c) **Exceptions**
    (1) **Mandatory exceptions**
      Subsections (a) and (b) shall not apply to—
        (A) churches, their integrated auxiliaries, and conventions or associations of churches, or...

Please note the correct spelling of my name is "David Merrill". Also the address of the property is associated with Wetmore, I believe, not Rye but there is no longer a mailbox there.

**Courier Process Servers:** Please send Certificate of Mailing the copy of Jackie's correspondence to the USDC in Denver with the original NOTICE and the $46 filing fee. Send the original correspondence from Jackie to her at the address below with a copy of this NOTICE, Certificate of Mailing also.

Addresses

CASTLE CHURCH – For the Redemption of the Office BISHOP
c/o David Merrill and Courier Process Service
115 E. Vermijo Ave - #202
Colorado Springs, Colorado. [80903]

USDC for District of Colorado (303) 844-3433
901 19th Street – A105
Denver, Colorado. 80294

Jackie SWANSON (303) 864-7780
1313 Sherman Street; Room 419
Denver, Colorado. [80203]

I have dropped this Refusal for Cause off to Theresa at Courier Process Service with payment for two Certificates of Mailing and the $46 cash filing fee for the USDC clerk of court.

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

_____
David Merrill



**COLORADO**
Department of Local Affairs
Division of Property Taxation

March 3, 2015

CASTLE CHURCH
DAVID MERRIL TRUSTEE
C/O COURIER PROCESS SERVICE
115 E VERMIJO #202
COLORADO SPRINGS, CO 80903

Re: Property located at 12705 HWY 165, RYE

Dear Sirs:

We have received information indicating that you have acquired property, which may be eligible for exemption from property taxation. Exemption does not transfer with the property. A separate application is required for each property.

If you wish to apply for exemption of the property, you may obtain an application form from our website at:

http://dola.colorado.gov/exemptions-forms

Mail or deliver the completed application, along with your check for the filing fee made payable to the Colorado Department of Local Affairs, to the County Assessor of the county in which the property is located. The Assessor will forward the fee and application to our office for review and determination.

If you do not have access to the web, feel free to call me at 303 864-7780 and I will mail you an application.

Sincerely,

Jackie Swanson
Exemptions Assistant

ACQ.DOC
REV. 08/07


Governor John W. Hickenlooper | Kevin Patterson, Interim Executive Director | JoAnn Groff, Property Tax Administrator
1313 Sherman St., Room 419, Denver, CO 80203    P 303.864.7777    F 303.864.7799    www.dola.colorado.gov
*Strengthening Colorado Communities*







Exhibit A






# CERTIFICATE OF MAILING

I, Tad C. Howard, the undersigned, hereby certify that the documents listed below were received by Courier Process Service, Inc. I further certify that I deposited true and correct copies of the following:

Envelope addressed to USDC - District of Colorado, 901 19th Street - A105, Denver, Colorado, 80294, containing:

- A pre-addressed postage paid return envelope addressed to David Merrill c/o Courier Process, 115 E. Vermijo, #202, Colorado Springs, Colorado [80903]
- United States $20.00 bill serial number GE02920316D with red stamp on backside "Redeemed Lawful Money Pursuant to 12 USC 411 www.law.cornell.edu/uscode/"
- United States $20.00 bill serial number GF82205954C with red stamp on backside "Redeemed Lawful Money Pursuant to 12 USC 411 www.law.cornell.edu/uscode/"
- United States $5.00 bill serial number ML83382736A with red stamp on backside "Redeemed Lawful Money Pursuant to 12 USC 411 www.law.cornell.edu/uscode/"
- United States $1.00 bill serial number K32824682D with red stamp on backside "Redeemed Lawful Money Pursuant to 12 USC 411 www.law.cornell.edu/uscode/"
- Original and two copies of Notice for United States District Court for the District of Colorado, Re: CASTLE CHURCH – For the Redemption of the Office BISHOP Mandatory Exception; original to be filed and copies to be returned
- Three copies of Refusal for Cause – Letter dated March 3, 2015, to Castle Church, David Merril Trustee signed by Jackie Swanson, Exemptions Assistant, Re: Property located at 12705 Hwy 165, Rye; one copy to be filed and two copies to be returned
- Three copies of Exhibit A (copies of United States $20.00 bill serial number GE02920316D, $20.00 bill serial number GF82205954C, $5.00 bill serial number ML83382736A, and $1.00 bill serial number K32824682D); one to be filed and two to be returned
- Three copies of this Certificate of Mailing dated March 13, 2015; one copy to be filed and two copies to be returned

in the United States mail, postage prepaid, addressed to the parties shown on the mailing list attached hereto, this 13th day of March, 2015, certified mail receipt 7011 2970 00019384 3322.

I, Tad C. Howard, also state that I mailed a copy of the Notice for United States District Court for the District of Colorado, Re: CASTLE CHURCH – For the Redemption of the Office BISHOP Mandatory Exception; the original Refusal For Cause Letter dated March 3, 2015, to Castle Church, David Merril Trustee signed by Jackie Swanson, Exemptions Assistant, Re: Property located at 12705 Hwy 165, Rye; and a copy of Exhibit A (copies of United States $20.00 bill serial number GE02920316D, $20.00 bill serial number GF82205954C, $5.00 bill serial number ML83382736A, and $1.00 bill serial number K32824682D), in the United Sates mail, postage prepaid, addressed to via certified mail receipt 7011 2970 0001 9384 3339, this 13th day of March, 2015.

_____
Person Certifying Mailing

Courier Process Service, Inc., job reference #2015001025