*15-mc-00053*

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**CASTLE CHURCH – For the Redemption of the Office BISHOP**
3355 N. Academy Boulevard
Colorado Springs, Colorado. [80917-5103]

**JUN 1 0 2015**

JEFFREY P. COLWELL
**CLERK**

To:     Richard W. HANES and Brenda L. BARTELS
        HAYNES & BARTELS LLC
        102 SOUTH TEJON STREET; SUITE 800
        COLORADO SPRINGS, COLORADO. [80903]

Re:     Communication upon **David Merrill**, hereinafter "My", and **CASTLE CHURCH – For the Redemption of the Office BISHOP** dated June 4, 2015 hereinafter "Communication"

To:     Richard W. HANES and Brenda L. BARTELS, in individual capacity
        and HAYNES & BARTELS LLC, hereinafter "HANES & BARTELS"

Dear HANES & BARTELS,

Regarding the referenced Communication received upon My office on or about June 4, 2015, and this letter issues for the following causes:

- **CASTLE CHURCH – For the Redemption of the Office BISHOP,** hereinafter "Castle Church", is absent any knowledge of any authority, of HANES & BARTELS to act or speak for Jim and Phoebe BISHOP; and,

- The Board of Trustees for the Castle Church has no established trust, implied, express or otherwise, in HANES & BARTELS in any capacity; and, as such, it would be a violation of the Castle Church trust bylaws to just presume the relationship claimed in said Communication exists absent any proof of such relationship. We hope you can appreciate our concern as there are many folks who might try to gain an interest in the Castle Church by less than honorable means; and,

- The Communication sent from HANES & BARTELS as hereinbefore referenced bears no seal of the District Court; and, furthermore said Communication bears no case numbers assigned by the District Court; and,

- Many other causes might be detailed herein and all rights are reserved in regard to those causes, let it be known to all whom these presents do come, David Merrill, in any and all capacities, lacks any trust in HANES & BARTELS; and,

For David Merrill in individual capacity and in capacity as trustee of the Castle Church demands the following certifications from the HANES & BARTELS:

- Certification, under penalty of perjury, of the authorization of the HANES & BARTELS to act, on behalf of, or for Jim and Phoebe BISHOP in their capacity as beneficiaries under the Castle Church trust; and,

CASTLE CHURCH – For the Redemption of the Office BISHOP
All Rights Reserved

- Provide evidence of hire, other than your word, as we lack any trust in HANES & BARTELS ("you") and until we have evidence that the relationship you state exists we shall continue to act according to the duties and obligations established by the Creators of the Castle Church trust bylaws Jim and Phoebe BISHOP; and,

While we appreciate the WARNING included on the Summons that it need not be signed or marked by the clerk of court a closer look at Rule 4 discloses:

## Rule 4. Process

(a)  To What Applicable. This Rule applies to all process except as otherwise provided by these rules.

(b) Issuance of Summons by Attorney or Clerk. The summons may be signed and issued by the clerk, under the seal of the court, **or it may be signed and issued by the attorney for the plaintiff.** Separate additional or amended summons may issue against any defendant at any time. **All other process shall be issued by the clerk, except as otherwise provided in these rules**.

Emphasis has been added to clarify our position that the Complaint itself requires clerk of court authentication that this is an action in the district court. Even with active attorneys in good standing able under the rules to issue the Summons we find it irregular and even suspicious that if you have a "duly signed original" on file in your office that you would not simply copy it or serve the original Summons duly signed on the alleged Defendant. The Complaint is considered "All other process" and so is considered a Letter to David Merrill in his individual capacity and as First Trustee for CASTLE CHURCH – For the Redemption of the Office BISHOP.

## Rule 3. Commencement of Action

(a)  How Commenced. A civil action is commenced

(1) by filing a complaint with the court, or

(2) by service of a summons and complaint. If the action is commenced by the service of a summons and complaint, **the complaint must be filed within 14 days after service**. If the complaint is not filed within 14 days, the service of summons shall be deemed to be ineffective and void without notice. In such case the court may, in its discretion, tax a reasonable sum in favor of the defendant to compensate the defendant for expense and inconvenience, including attorney's fees, to be paid by the plaintiff or his attorney. The 14 day filing requirement may be expressly waived by a defendant and shall be deemed waived upon the filing of a responsive pleading or motion to the complaint without reserving the issue.

Please be fully aware that by filing the Complaint in the district court you will be held fully liable in professional reputation for any and all the blatant lies and distortions presented in your "Communication". This includes any reasonable consideration for the possible pathological lying by your clients presented in

CASTLE CHURCH – For the Redemption of the Office BISHOP
All Rights Reserved

the Communication. Any Judge assigned to this matter will be investigated for a proper oath of office, in correct form and published within thirty days of his/her taking seat as judicial officer. Therefore a complete listing of the lies and distortions will be requested and reported to the State Bar, which is understood to be the State of Colorado Supreme Court.

We are also concerned that perhaps HANES & BARTELS might be taking moneys from Jim and Phoebe BISHOP to write this Communication, which we shall now further define, this Communication as a "Well Dressed Letter". It is our contention that this Well Dressed Letter is an attempt to obfuscate matters and might be utilized to propagate a falsity upon the Court. We are very concerned as this Well Dressed Letter seems to be a breach of the public trust whereof you seem to be making a use of your office to propound falsities upon the public. Be clearly WARNED that should you file this Well Dressed Letter a proper judicial and bonded officer will be presiding over this matter, bound to the federal constitution about abrogating the obligations of contract. Clearly this Well Dressed Letter is not the issue of the Court; however, you clearly have allowed this Well Dressed Letter to issue.

For David Merrill and the Castle Church absent the certification and evidence (as stated in items hereon) is absent the knowledge for dispute or acceptance of the alleged. We apologize if this inconveniences you and we thank you for your contemplation of these concerns, we are not trying to be difficult but we hope that you understand My duty and obligation to protect the interests in this trust from third parties who may be trying to interlope into private Castle Church trust affairs.

Acknowledged is your Well Dressed Letter was served on David Merrill on the afternoon of Thursday June 4th, 2015 by a professional-looking process server named Heather. This Demand for your Certification is being sent out in the mail Certificate of Mailing or Registered Mail before the afternoon of April 9th, 2015 so that you might have time to consider it before filing.

Regards,

JUN 0 8 2015

**CASTLE CHURCH – For the Redemption of the Office BISHOP**
by and thru its BOARD OF TRUSTEES by David Merrill, as First Trustee
and in individual capacity:

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/



cc:    File
       United States District Court 1:15-MC-00053

CASTLE CHURCH – For the Redemption of the Office BISHOP
All Rights Reserved

# CERTIFICATE OF MAILING

I, Tad C. Howard, the undersigned, hereby certify that the documents listed below were received by Courier Process Service, Inc., on June 8, 2015. I further certify that I deposited true and correct copies of the following:

Envelope addressed to United States District Court for the District of Colorado, 901 19th Street – A105, Denver, Colorado, 80294, containing:

- Four copies of Letter to: Richard W. Hanes and Brenda L. Bartels, Haynes & Bartels LLC; one copy for filing and three copies to be returned.

- Four copies of this Certificate of Mailing dated June 9, 2015; one copy for filing and three copies to be returned.

in the United States mail, postage prepaid, addressed to the parties shown on the mailing list attached hereto, this 9th day of June, 2015, certified mail receipt 7011 2970 0001 9384 3155.



Person Certifying Mailing

Courier Process Service, Inc . job reference #2015002353