FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 15 2015

JEFFREY P. COLWELL
CLERK

**David Merrill/CASTLE CHURCH TRUST**
**3355 N. Academy Boulevard #189**
**Colorado Springs, Colorado.**
**[80917-5103]**

United States District Court
for the District of Colorado
901 19th Street – Room A-105
Denver, Colorado. 80294

Certified Mail #

7011 1570 0002 1116 7710

Dear Clerk;

    Please file this refusal for cause in the case jacket of Article III case 15-MC-053. This is evidence that James Roland and Phoebe M BISHOP form constructive trust with Mountain Disposal and while the bill has been paid in full are liable for $477.40 upon billing. Also, allowing the BISHOP's to manage sanitation and garbage disposal at Bishop Castle is no indication of neglect by CASTLE CHURCH TRUST.

### Certificate of Mailing

    My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed certified mail as indicated to Jim and Phoebe BISHOP within a few days of presentment.

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

_____ 2015  Date _____ /CASTLE CHURCH TRUST.

Jim and Phoebe BISHOP
1529 Claremont Avenue
Pueblo, Colorado. [81004]

Certified Mail #

7011 1570 0002 1116 7703

# Statement

| DATE | Tue Jun 30, 2015 |
|---|---|
| ACCOUNT NUMBER | 8420 |

**MOUNTAIN DISPOSAL, INC.**
P.O. BOX 20230
COLORADO CITY, CO  81019
RETURN SERVICE REQUESTED
719-489-3456

**Please Pay: $477.40**
LOCATION:           Page  1

CASTLE CHURCH FOR THE REDEMPTION OFFICE
3355 N ACADEMY BLVD
COLORADO SPRINGS, CO  80917-5103

CASTLE CHURCH FOR THE REDEMPTION OFFICE
SAN ISABEL
COLORADO SPRINGS, CO  80917-5103

AMOUNT ENCLOSED $ _____

NOW ACCEPTING ALL
MAJOR CREDIT CARDS!!
Terms: PAY BY 7/20 OR ADD 1.58%
MOUNTAIN DISPOSAL, INC.

*Refusal for Cause* (handwritten across statement)

RETURN THIS PORTION WITH PAYMENT
Acct# 8420    Location: SAN ISABEL, COLORADO SPRINGS, CO

| DATE | CHARGES AND CREDITS | | AMOUNT |
|---|---|---|---|
| | Balance as of 5/1/15 : | | $-178.60 |
| 6/5/15 | DELIVER 2 TOILET | | $80.00 |
| 6/5/15 | MONTHLY TOILET | 6/5 - 6/30 | $78.00 |
| 6/5/15 | MONTHLY TOILET | 6/5 - 6/30 | $78.00 |
| 6/30/15 | MONTHLY TOILET | 6/1 - 6/30 | $90.00 |
| 6/30/15 | MONTHLY TOILET | 6/1 - 6/30 | $90.00 |
| 6/30/15 | MONTHLY TOILET | 6/1 - 6/30 | $90.00 |
| 6/30/15 | MONTHLY TOILET | 6/1 - 6/30 | $90.00 |
| 6/30/15 | 3YD DUMPSTER | 6/1 - 6/30 | $60.00 |
| | **Balance Due:** | | **$477.40** |
| | Grand Total: | | $477.40 |

PAY LAST AMOUNT
IN THIS COLUMN

THANK YOU