```
                                                                    FILED
                                                            UNITED STATES DISTRICT COURT
                                                               DENVER, COLORADO
```

**David Merrill/CASTLE CHURCH TRUST**
**3355 N. Academy Boulevard #189**
**Colorado Springs, Colorado.**
**[80917-5103]**

JUL 1 5 2015

JEFFREY P. COLWELL
CLERK

United States District Court                 Certified Mail # 7011 1570 0002 1116 7710
for the District of Colorado
901 19th Street – Room A-105
Denver, Colorado. 80294

Dear Clerk;

    Please file this refusal for cause in the case jacket of Article III case 15-MC-053. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

### Certificate of Mailing

    My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed certified mail as indicated back to the presenter within a few days of presentment. A copy of the clerk instruction and refusal for cause has been included for the state district clerk of court to file into Case No. 15-CV-03.

JUL 1 1 2015

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

_____
David Merrill/CASTLE CHURCH TRUST



Marla PRUDEK                          Certified Mail #
270 S. Tejon Street/80903
P.O. Box 2980                         7011 1570 0002 1116 7734
Colorado Springs, Colorado. [80901-2980]

| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>270 S. Tejon Street/80903<br>PO Box 2980/80901-2980<br>Colorado Springs, Colorado<br>(719) 452-5000 | |
|---|---|
| JAMES R. BISHOP and PHOEBE M. BISHOP, and BISHOP CASTLE, a non-profit corporation,<br><br>*Plaintiffs,*<br><br>vs.<br><br>DAVID MERRILL, a/k/a DAVID VANPELT, a/k/a DAVID MERRIL, d/b/a CASTLE CHURCH — For the Redemption of the Office BISHOP,<br><br>*Defendant.* | ▲ COURT USE ONLY ▲<br>_____<br><br>Case No. 2015CV31641<br><br>Division: 14 |
| ORDER ASSIGNING CASE TO<br>PUBLIC IMPACT DOCKET | |

This matter comes on before the Court on Plaintiffs' Motion to Assign Case to Public Impact Docket.

The Court has reviewed the motion and being fully advised finds and orders as follows:

1. Pursuant to the January 17, 2013, "**PROTOCOLS FOR CASES ASSIGNED TO PUBLIC IMPACT DOCKET**" this case fits within the intent and scope of cases for the Public Impact Docket ("PID").

2. The case will benefit from Court assistance with early case management, early alternative dispute resolution conferences, discovery, motions procedures, and other pre-trial involvement.

3. This case is hereby assigned to the Public Impact Docket ("PID").

SO ORDERED.

BY THE COURT:

_____
District Court Judge

[Stamped across document: "Refused for Cause"]

El Paso County Court
270 S. Tejon
Colorado Springs CO 80901 United States



DAVID MERRILL
3355 NORTH ACADEMY BOULEVARD     159-10
COLORADO SPRINGS CO 80917


To:        David Merrill

Subject:   Service of documents in 2015CV31641.

You are being served with documents filed electronically through the
Integrated Colorado Courts E-Filing System (ICCES). Please review the
following details concerning this service.

- Court Location: El Paso County
- Case Number: 2015CV31641

- Filing ID: N/A
- Filed Document Title(s):
  - Order: Order Assigning Case to Public Impact Docket
- Submitted on Date/Time: Fri Jun 26 18:30:50 MDT 2015
- Submitted by Authorizing Organization:
- Submitted by Authorizing Attorney: El Paso County Court

If you have a question about the above listed case, please contact the court.
Information for all Colorado court locations is listed on the Colorado Judical Branch
website http://www.courts.state.co.us/Index.cfm.

*Refusal for cause* (handwritten across page)

| DISTRICT COURT, EL PASO COUNTY, COLORADO | |
|---|---|
| Court Address:<br>270 S. Tejon, Colorado Springs, CO, 80901 | DATE FILED: June 26, 2015 |
| Plaintiff(s) JAMES R BISHOP et al.<br>v.<br>Defendant(s) DAVID MERRILL | |
| | ⚠ COURT USE ONLY ⚠ |
| | Case Number: 2015CV31641<br>Division: 14    Courtroom: |

## Order re: Order Assigning Case to Public Impact Docket

The motion and proposed order attached hereto is REVIEWED.

The Court has reviewed and considered the contents of the court file including the Complaint, the Motion to Assign Case to Public Impact Docket and the Response filed by the Defendant. It is unclear given the new civil rules whether the Public Impact Docket will continue under new revised criteria or be discontinued. Once a final decision has been reached on that issue, this Court will make a determination as to whether this case can or should be assigned to the Public Impact Docket.

Issue Date: 6/26/2015

*Marla Prudek*

MARLA R PRUDEK
District Court Judge

[handwritten across document: "Refusal for Cause"]