**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 15 2015

JEFFREY P. COLWELL
CLERK

**David Merrill/CASTLE CHURCH TRUST**
3355 N. Academy Boulevard #189
Colorado Springs, Colorado.
[80917-5103]

United States District Court
for the District of Colorado
901 19th Street – Room A-105
Denver, Colorado. 80294

Certified Mail # 7011 1570 0002 1116 7710

Dear Clerk;

Please file this refusal for cause in the case jacket of Article III case 15-MC-053. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

### Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed certified mail as indicated back to the presenter within a few days of presentment. A copy of the clerk instruction and refusal for cause has been included for the state district clerk of court to file into Case No. 15-CV-31641.

Redeemed Lawful Money
Pursuant to 12 USC 411
www.law.cornell.edu/uscode/

JUL 1 1 2015

David Merrill/CASTLE CHURCH TRUST

Certified Mail #

David M. THORSON
205 South 6th Street
Westcliffe, Colorado. [81252]

7011 1570 0002 1116 7727

(CASTLE CHURCH SEAL)

| DISTRICT COURT, CUSTER COUNTY, COLORADO<br>Court Address:<br>205 South 6th Street<br>Westcliffe, Colorado 81252<br>Phone Number: (719) 783-2274 | DATE FILED: June 22, 2015 |
|---|---|
| DAVID MERRILL – First Trustee for CASTLE CHURCH – for the Redemption of the Office BISHOP,<br><br>Plaintiff,<br><br>v.<br><br>SHELLY BEIERLE, LENA HOWLAND and 5/KOAA NEWS,<br><br>Defendants. | ▲ COURT USE ONLY ▲ |
|  | Case Number: 15 CV 3<br><br>Division 1, Courtroom 302 |
| ORDER ||

THIS MATTER is before the Court on its own motion. The Court has reviewed all of the pleadings and documents filed herein.

The plaintiff filed his original complaint on April 2, 2015, in his capacity as trustee. An action on behalf of a trust may properly be brought in the name of the trustee or in the name of the trust. C.R.C.P. 17(a). Either way, the action is brought on behalf of the trust.

The plaintiff filed his first amended complaint on May 1, 2015, as a matter of right.[1] This amended complaint appeared to add claims against Lena Howland and KOAA News. (The plaintiff's amended complaints can be confusing because, rather than restating his entire amended complaint as is customary, the plaintiff primarily states new allegations that he apparently intends to tack onto the original and any previously-filed amended complaints.) The first amended complaint continued to be brought by the plaintiff in his capacity as trustee.

Apparently prompted by a passing reference in the motion to dismiss filed by Lena Howland and 5/KOAA News on May 26, 2015, the plaintiff filed a second amended complaint on June 8, 2015, without obtaining leave of the Court or written consent of the adverse parties as required by C.R.C.P. 15(a). In the second amended complaint, the plaintiff purports to be bringing one or more causes of action on behalf of himself in his individual capacity as well as bringing one or more causes of action on behalf of the trust. Assuming for the moment that the

---

[1] C.R.C.P. 15(a) provides that, "A party may amend his pleading *once* as a matter of course at any time before a responsive pleading is filed. . ." [Emphasis added.]

Court would grant leave to file the second amended complaint if it were asked to do so, many if not most of the causes of action are still brought in the name of or for the benefit of the trust.

No attorney licensed to practice law in Colorado has entered an appearance on behalf of the trust or of the plaintiff in his capacity as trustee.[2] A trust is an artificial entity created by law. Like a corporation, it is incapable of personal appearance in court. It can only appear by attorney. *Woodford Mfg. Co. v. A.O.Q., Inc.*, 772 P.2d 652, 653 (Colo. App. 1988) ("A corporation may not proceed pro se because it is an artificial entity created by law. Unlike a natural person, it is legally impossible for a corporation to appear or act in a judicial proceeding in person."); *Bennie v. Triangle Ranch Co.*, 216 P. 718, 719 (Colo. 1923) ("It is elementary that a corporation can only appear by attorney. A corporation is incapable of personal appearance."). Therefore, a trust cannot represent itself pro se. *See Ziegler v. Nickel*, 75 Cal. Rptr. 2d 312, 314-15 (Cal. Ct. App. 1998). While a non-attorney trustee may serve as the legal representative of a trust in most other matters, he cannot appear in court on the trust's behalf. A non-attorney trustee who appears in court on behalf of the trust engages in the unlicensed practice of law. *In re Marriage of Kanefsky*, 260 P.3d 327, 330 (Colo. App. 2010). Therefore, the plaintiff's representation of the trust constitutes the unauthorized practice of law, and the Court cannot permit it.

IT IS HEREBY ORDERED that within 28 days counsel properly licensed to practice law in the state of Colorado shall enter an appearance on behalf of the plaintiff in his capacity as trustee or on behalf of the trust or both. If the plaintiff fails to comply with this order, the Court will dismiss without prejudice all claims brought by the plaintiff in his capacity as trustee or otherwise brought on behalf of the trust.

The Court will hold in abeyance any other pending matters.

DATED and so ordered this 22nd day of June, 2015.

BY THE COURT:

/s/ David M. Thorson
David M. Thorson, District Judge

---

[2] The plaintiff himself does not appear on the roll of attorneys in the State of Colorado, either with the surname Merrill or the surname Van Pelt. Furthermore, if he is currently licensed to practice law in Colorado, he failed to place his bar registration number in the caption of his pleadings, as he would be required to do by court rule.

2



DAVID MERRILL
3355 N ACADEMY BLVD           35-1005
COLORADO SPGS CO 80917

To:      David Merrill

Subject: Service of documents in 2015CV3

You are being served with documents filed electronically through the
Integrated Colorado Courts E-Filing System (ICCES). Please review the
following details concerning this service.

- Court Location: Custer County
- Case Number: 2015CV3

- Filing ID: N/A
- Filed Document Title(s):
  - Order Requiring Trustee and/or Trust to Obtain Counsel
- Submitted on Date/Time: Mon Jun 22 18:32:04 MDT 2015
- Submitted by Authorizing Organization:
- Submitted by Authorizing Attorney: Custer County Court

If you have a question about the above listed case, please contact the court.
Information for all Colorado court locations is listed on the Colorado Judical Branch
website http://www.courts.state.co.us/Index.cfm.

*Refusal for Cause* [handwritten across document]

The Court also notes that in Custer County Case No. 14CR19 the Court has fully considered the allegations raised in the "Abatement" filed in this case and has granted Mr. Bishop some of the relief apparently sought in this case.

Because this case was commenced without filing a proper complaint, and because the Court has fully considered the issues raised in this case after proper notice and an opportunity for a full hearing in another case, this case is dismissed without prejudice.

IT IS HEREBY ORDERED that this case shall be and hereby is dismissed without prejudice.

DATED and so ordered this 25th day of January, 2015.

BY THE COURT:

/s/ David M. Thorson
David M. Thorson, District Judge

*Please don't make me clean this up!*

2

1501250003 0044 55-1001 3

```
                   PTF/    BISHOP, PHOEBE M
Notice of Lis Pendens A0378FFFD3C64
  6/19/2015    Filing Other                    Event ID: 000014    E-Filed: J
                   DEF/    MERRILL, DAVID
REMAND/REMOVAL AND CHANGE OF VENUE, NOTICE OF CHALLENGING CASE
  6/19/2015    Exhibits Filed                  Event ID: 000015    E-Filed: J
                   DEF/    MERRILL, DAVID
ATTACHMENTS TO REMAND/REMOVAL AND CHANGE OF VENUE, NOTC OF CHALLENGING CASE
               Related Event  FOTH Filing Other                    6/19/2015
  6/24/2015    Answer & Counterclaim           Event ID: 000016    E-Filed: N
                   DEF/    MERRILL, DAVID
```

End of Case: 2015 CV 031641



State of Colorado, County of El Paso
Certified to be a true, and correct
copy of the original in my custody.

JUN 2 4 2015

DR. LYNETTE CORNELIUS
CLERK OF THE DISTRICT/COUNTY COURT
By_____ Deputy