**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 0 2015

**JEFFREY P. COLWELL**
CLERK

FILED IN THE DISTRICT AND
COUNTY COURTS OF
EL PASO COUNTY, COLORADO

JUL 2 8 2015

DR. LYNETTE D. CORNELIUS
CLERK OF THE DISTRICT/COUNTY COURT

## David Merrill/CASTLE CHURCH TRUST
## 3355 North Academy Boulevard #189
## Colorado Springs, Colorado. 80917-5103

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado. 80294

Registered Mail # RE 150 037 385 US

RE 150 037 385 US

Dear USDC Clerk;

    Please file this refusal for cause in the case jacket of Article III case 15-MC-53. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion. David M. THORSON has been properly notified that he is recused from this case due to Bad Behavior regarding oaths of office, namely covering up the lack of bonding for Peter MICHAELSON in criminal case 2014-CR-019. Please mark and return

### Certificate of Mailing

    My signature below expresses that I have filed this R4C into Fourth Judicial District Case **#2015-CV-31641** in the Fourth Judicial District Court and mailed Registered court-marked copies of the presentment, refused for cause with the original clerk instruction and the original presentment, refused for cause in red ink and a copy of this clerk instruction to the Eleventh Judicial Clerk of Court and David M. THORSON respectively, within a few days of presentment. A copy of the R4C

has been filed in the USDC Denver including a copy and return envelope prepaid postage too.

First Trustee for CASTLE CHURCH – For the Redemption of the Office BISHOP by and thru the Board of Trustees

JUL 2 8 2015      Redeemed Lawful Money
                  Pursuant to 12 USC §411
                  www.law.cornell.edu/uscode
_____
solely as Trustee

[TRUST CASTLE CHURCH 2015 SEAL]

2 Copies – Original R4C intended for David M. THORSON (recused).

Eleventh Judicial District Court
205 South 6th Street
Westcliffe, Colorado. [81252]

Registered Mail #RE 150 037 394 US

RE 150 037 394 US


| DISTRICT COURT, CUSTER COUNTY, COLORADO<br>Court Address:<br>205 South 6th Street<br>Westcliffe, Colorado 81252<br>Phone Number: (719) 783-2274 | DATE FILED: July 21, 2015 |
|---|---|
| DAVID MERRILL – First Trustee for CASTLE CHURCH<br>– for the Redemption of the Office BISHOP,<br><br>Plaintiff,<br><br>v.<br><br>SHELLY BEIERLE, LENA HOWLAND and 5/KOAA NEWS,<br><br>Defendants. | ▲ COURT USE ONLY ▲<br><br>Case Number: 15 CV 3<br>Division 1, Courtroom 302 |
| ORDER DISMISSING COMPLAINT | |

THIS MATTER is before the Court on its own motion. The Court entered an order on June 22, 2015, requiring counsel to enter an appearance on behalf of the plaintiff in his capacity as trustee and/or on behalf of the trust. That order allowed the plaintiff 28 days to accomplish this. The Court also pointed out that the plaintiff had never sought nor obtained leave to file the second amended complaint, which is the only pleading asserting claims on behalf of the plaintiff in his individual capacity.

Twenty-eight days have passed and the plaintiff has still not sought leave to file the second amended complaint nor filed a stipulation from all of the parties agreeing to permit the filing of the second amended complaint, nor has an attorney entered an appearance on behalf of the plaintiff in his capacity as trustee or on behalf of the trust. Therefore,

IT IS HEREBY ORDERED that the plaintiff's second amended complaint is stricken and deemed in all respects as if it had never been filed.

IT IS FURTHER ORDERED that all claims set forth in the original complaint and the first amended complaint are dismissed without prejudice.

DATED and so ordered this 21st day of June, 2015.

BY THE COURT:

*[Handwritten across document: "refusal cause"]*

1507210036 0648 82

Case 1:15-mc-00053  Document 6  Filed 07/30/15  USDC Colorado  Page 3 of 5

/s/ David M. Thorson
David M. Thorson, District Judge



Refused for cause

2

1507210036 0648 82-

Custer County Court
205 South 6th Street P.O. Box 60
Westcliffe CO 81252 United States



DAVID MERRILL
3355 N ACADEMY BLVD
COLORADO SPGS CO 80917

82-1006

To:       David Merrill

Subject:  Service of documents in 2015CV3.

You are being served with documents filed electronically through the
Integrated Colorado Courts E-Filing System (ICCES).  Please review the
following details concerning this service.

  • Court Location: Custer County
  • Case Number: 2015CV3

  • Filing ID: N/A
  • Filed Document Title(s):
    • Order dismissing case
  • Submitted on Date/Time: Tue Jul 21 18:30:24 MDT 2015
  • Submitted by Authorizing Organization:
  • Submitted by Authorizing Attorney: Custer County Court

If you have a question about the above listed case please contact the court.
Information for all Colorado court locations is listed on the Colorado Judical Branch
website http://www.courts.state.co.us/Index.cfm.

*[Handwritten across document: Refused for cause]*

UUUUUUFC00820
1507210
Total Sheets in #1