FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 15 2015

JEFFREY P. COLWELL
CLERK

**David Merrill/CASTLE CHURCH TRUST**
**3355 North Academy Boulevard #189**
**Colorado Springs, Colorado. 80917-5103**

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado. 80294

Registered Mail #RE 143 133 656 US

Dear USDC Clerk;

Please file this refusal for cause (R4C) in the case jacket of Article III case 15-MC-53. This is evidence should this presenter continue to make false claims in the future. I have enclosed a court-marked Return to the District Court here too, along with one Return for me.

**Certificate of Mailing**

My signature below expresses that I have Returned this Presentment Refused for Cause to the Presenter in a timely fashion, with a copy of this clerk instruction and also that the original clerk instruction has been filed with the USDC Clerk of Court with a copy of this Refusal for Cause.

HANES & BARTELS LLC
102 S. Tejon Street - Suite 800
Colorado Springs, Colorado. [80903]

Registered Mail #RE 143 133 660 US

CASTLE CHURCH – For the Redemption of the Office BISHOP
by David Merrill as First Trustee;



_____
David Merrill, as Trustee

and
Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode
_____
David Merrill, in individual capacity

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>270 S. Tejon Street/80903<br>PO Box 2980/80901-2980<br>Colorado Springs, Colorado<br>(719) 452-5000 | DATE FILED: October 7, 2015 3:13 PM<br>FILING ID: D695263168426<br>CASE NUMBER: 2015CV31641 |
| JAMES R. BISHOP and PHOEBE M. BISHOP, and BISHOP CASTLE, a non-profit corporation,<br><br>*Plaintiffs,*<br><br>vs.<br><br>DAVID MERRILL, a/k/a DAVID VANPELT, a/k/a DAVID MERRIL, d/b/a CASTLE CHURCH – for the Redemption of the Office BISHOP<br><br>*Defendant.* | ▲ COURT USE ONLY ▲<br><br>Case No. 2015CV31641<br><br>Division: 14 |
| Attorneys for Plaintiffs:<br>HANES & BARTELS LLC<br>Richard W. Hanes, #1206<br>Brenda L. Bartels, #17117<br>102 South Tejon Street, Suite 800<br>Colorado Springs, CO 80903-2239<br>Phone: (719) 260-7900; Fax: (719) 260-7904<br>e-mail: blb@hhbcolorado.com | |
| **PLAINTIFFS' SUBMISSIONS PURSUANT TO COURT ORDER OF SEPTEMBER 25, 2015** | |

Plaintiffs, through their undersigned attorneys, Hanes & Bartels LLC, submit, pursuant to the Court Order of September 25, 2015, the following:

Affidavit of Attorney Fees     Exhibit 1

Bill of Costs     Exhibit 2

Proposed Order

Respectfully submitted this 7th day of October, 2015.

HANES & BARTELS LLC

*The duly signed original is on file in the office of Hanes & Bartels LLC*

/s/ RICHARD W. HANES
Richard W. Hanes, #1206
102 South Tejon Street, Suite 800
Colorado Springs, CO 80903-2239

1

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2015, I caused a true and correct copy of the above and foregoing Plaintiffs' Submissions Pursuant to Court Order of September 25, 2015 to be e-filed via ICCES and served on Defendant via U.S. Mail as follows:

David Merrill a/k/a David Van Pelt
3355 North Academy Blvd., #189
Colorado Springs, Colorado 80917-5103

The duly signed original is on file in the office of Hanes & Bartels LLC

/s/ Andrea V. Hansen
Andrea V. Hansen, Paralegal



| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>270 S. Tejon Street/80903<br>PO Box 2980/80901-2980<br>Colorado Springs, Colorado<br>(719) 452-5000 | DATE FILED: October 7, 2015 3:13 PM<br>FILING ID: D695263168426<br>CASE NUMBER: 2015CV31641 |
|---|---|
| JAMES R. BISHOP and PHOEBE M. BISHOP, and BISHOP CASTLE, a non-profit corporation,<br><br>*Plaintiffs,*<br><br>vs.<br><br>DAVID MERRILL, a/k/a DAVID VANPELT, a/k/a DAVID MERRIL, d/b/a CASTLE CHURCH – For the Redemption of the Office BISHOP,<br><br>*Defendant.* | ▲COURT USE ONLY▲<br><br>Case No. 2015CV31641<br><br>Division: 14 |
| Attorneys for Plaintiffs:<br>HANES & BARTELS LLC<br>Richard W. Hanes, #1206<br>Brenda L. Bartels, # 17117<br>102 South Tejon Street, Suite 800<br>Colorado Springs, CO 80903-2239<br>Telephone: (719) 260-7900<br>Facsimile: (719) 260-7904<br>e-mail: blb@hhbcolorado.com | |
| **AFFIDAVIT OF ATTORNEYS' FEES** | |

STATE OF COLORADO     )
                      ) ss.
COUNTY OF EL PASO     )

Brenda L. Bartels, being first duly sworn upon her oath, hereby deposes and states as follows:

1.  I am an attorney practicing law in Colorado Springs, Colorado with the law firm of Hanes & Bartels LLC. I have been licensed to practice law in the State of Colorado since 1987. I am also admitted to the United States District Court for the District of Colorado, the United States District Court for the District of Nebraska, and the State of Nebraska.

2.  Richard W. Hanes is an attorney with the law firm of Hanes & Bartels LLC and has been licensed to practice law in the State of Colorado since 1959. Mr. Hanes is admitted to the United States District Court for the District of Colorado, the Federal Circuit Court of Appeals and the United States Supreme Court.

- 1 -

Exhibit 1 - Page 1 of 2

3. Hanes & Bartels LLC represented Plaintiffs James R. Bishop, Phoebe M. Bishop, and Bishop Castle in this litigation from May 2015 through the present.

4. I have reviewed our firm's billing records, and have set forth in the attached Exhibit A, entries made by myself, Richard Hanes and paralegals in connection with the representation of Plaintiffs. The time entries set forth on Exhibit A are based upon billing entries made at or near the time indicated, and the same are maintained as business records in the regular course of business by Hanes & Bartels LLC. The total amount of attorneys' and legal assistant fees billed to Plaintiffs in connection with this matter through October 7, 2015, is $27,258.17. The simultaneously submitted Bill of Costs accurately represents the necessary costs incurred by Hanes & Bartels LLC in prosecuting this case.

5. The hourly rate of $200/hr. charged for the services of Hanes & Bartels LLC attorneys in this case are significantly reduced rates from those normally charged by Hanes & Bartels LLC for the same types of services that were provided to Plaintiffs in this case. The normal hourly rate for Brenda L. Bartels is $250/hr. and for Richard W. Hanes, $300/hr. The hourly rate for the primary paralegal on the file (AVH) is normally billed at $125/hr. The hourly rate charged by paralegals in this case is $100/hr. The hourly rates charged in this case are well within the range of hourly rates charged by other attorneys and certificated paralegals in this community for similar services.

6. In view of the nature of the services provided, the time spent on the matter, the complexities of the initial issues, the issues which have arisen during the pendency of the action, and the results obtained on behalf of Plaintiffs, an attorney fee award in the amount of $27,258.17 is reasonable, necessary, and appropriate under the circumstances.

Further, affiant sayeth naught.

Dated: October 7, 2015

_/s/ Brenda L. Bartels_
Brenda L. Bartels, #17117
102 South Tejon Street, Suite 800
Colorado Springs, CO 80903-0239
Telephone: (719) 260-7900
Facsimile: (719) 260-7904
blb@hhbcolorado.com

STATE OF COLORADO )
                  ) ss.
COUNTY OF EL PASO )

Subscribed and sworn to before me this 7th day of October, 2015, by Brenda L. Bartels.

ANDREA HANSEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20094033845
MY COMMISSION EXPIRES OCTOBER 8, 2017

_/s/ Andrea Hansen_
Notary Public, State of Colorado

**HANES & BARTELS LLC**
Alamo Corporate Center
102 S. Tejon, Suite 800
Colorado Springs, CO  80903

DATE FILED: October 7, 2015 3:13 PM
FILING ID: D695263168426
CASE NUMBER: 2015CV31641

Phoebe M. Bishop and James R. Bishop
1529 Claremont Ave.
Pueblo CO 81004

October 07, 2015

Professional Services

| | | Hrs/Rate | | Amount |
|---|---|---|---|---|
| **4259.001 - v David Merrill** | | | | |
| 5/27/2015 - | Research Bishop/Merrill issues and Merrill. Meeting with clients. Request E&O. | 1.75<br>200.00/hr | BLB | $350.00 |
| - | Conference with Jim and Phoebe Bishop and Sherry, the gift story owner, regarding acts by David Merrill in getting Bishops to sign a deed to the Bishop Castle property in Custer County, Colorado; The want us to proceed with litigation to get the property back and get Merrill out of their lives. Quoted $200/hour. | 1.50<br>200.00/hr | RWH | $300.00 |
| - | Background research on Bishop Castle and David Merrill. | 1.00<br>100.00/hr | AVH | $100.00 |
| 5/28/2015 - | Legal research. Merrill cases research. Review text re: package from Merrill. | 4.00<br>200.00/hr | BLB | $800.00 |
| 5/29/2015 - | Draft complaint causes of action. Legal research re: property and trusts. Review package of info from Merrill. | 3.75<br>200.00/hr | BLB | $750.00 |
| 5/30/2015 - | Review clients' information and documents; legal research on recission of deed and declaratory judgment; start preparation of complaint. | 2.70<br>200.00/hr | RWH | $540.00 |
| 6/1/2015 - | Preparation of complaint vs. David Merrill; conference re same with B. Bartels. | 4.80<br>200.00/hr | RWH | $960.00 |
| - | Draft complaint sections. Research Merrill. | 2.75<br>200.00/hr | BLB | $550.00 |

**Exhibit A - Page 1 of 7**

Phoebe M. Bishop and James R. Bishop                                                                                      Page   2

|            |                                                                                                                                                              | Hrs/Rate          |     | Amount   |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----|----------|
| 6/2/2015 - | Revise and modify complaint; conference with B. Bartels re same.                                                                                             | 4.50<br>200.00/hr | RWH | $900.00  |
| -          | Revise and modify complaint; conference with B. Bartels re same.                                                                                             | 4.50<br>200.00/hr | RWH | $900.00  |
| -          | Research claims and draft and revise complaint sections.                                                                                                     | 3.75<br>200.00/hr | BLB | $750.00  |
| 6/3/2015 - | Revise and modify complaint; conference with B. Bartels re same.                                                                                             | 3.80<br>200.00/hr | RWH | $760.00  |
| -          | Edit and revise complaint.                                                                                                                                    | 0.40<br>100.00/hr | AVH | $40.00   |
| -          | Research Breach of Trust and draft section.                                                                                                                  | 4.00<br>200.00/hr | BLB | $800.00  |
| 6/4/2015 - | Final revisions of complaint and file with court and initiate service of complaint and summons.                                                              | 3.50<br>200.00/hr | RWH | $700.00  |
| -          | Finalize and file complaint and serve. Telephone conversation and e-mails with Mr. Watkins. Review his demand from April. Texts with client.                 | 4.00<br>200.00/hr | BLB | $800.00  |
| -          | Finalize complaint and e-file same.                                                                                                                          | 0.80<br>100.00/hr | AVH | $80.00   |
| 6/5/2015 - | Draft notice to set preliminary injunction hearing and motion for early discovery. Draft motion to assign case to the Public Impact Docket.                   | 0.60<br>100.00/hr | AVH | $60.00   |
| -          | Research. Draft and file PID request. Telephone conversation with KRCC (no charge). Finalizes review of Watkins' information. Lis Pendens.                   | 2.50<br>200.00/hr | BLB | $500.00  |
| 6/8/2015 - | Review KRCC segment. Follow up re: complaint filing.                                                                                                         | 1.00<br>200.00/hr | BLB | $200.00  |
| 6/11/2015 -| Review letter from Merrill. Draft response. Lis Pendens filing. Review O&E response request more.                                                              | 1.25<br>200.00/hr | BLB | $250.00  |
| 6/12/2015 -| Review and forward motion for venue change to Costilla County case attorneys. Draft response.                                                                  | 2.00<br>200.00/hr | BLB | $400.00  |
| 6/15/2015 -| Legal research re: IRS 501c3 and reporting status. Review additional O&E information.                                                                         | 1.00<br>200.00/hr | BLB | $200.00  |
| 6/17/2015 -| Review Merrill's filings in US District Court case 1:15-MC-00053. Obtain PACER docket and other document filed in that case.                                   | 0.40<br>100.00/hr | AVH | $40.00   |

Phoebe M. Bishop and James R. Bishop     Page 3

| Date | Description | Hrs/Rate | | Amount |
|---|---|---|---|---|
| 6/17/2015 - | Meeting with S. Beierle. Review and revise response and forward to Watkins. | 0.50 200.00/hr | BLB | $100.00 |
| 6/22/2015 - | Review Custer County order re: need for Merrill to hire an attorney. | 0.25 200.00/hr | BLB | $50.00 |
| 6/24/2015 - | Finalize and e-file response to Merrill's change of venue and remand/removal. | 0.40 100.00/hr | AVH | $40.00 |
| - | Prepare response to Merrill's court filing entitled Remand/Removal and Change or Venue and proposed court order; file with the court. | 3.70 200.00/hr | RWH | $740.00 |
| - | Review and revise Response to Remand draft order. | 0.75 200.00/hr | BLB | $150.00 |
| 6/25/2015 - | Review counterclaim filed yesterday by Merrill. Contacts with Phoebe re: additional facts alleged by Merrill. Follow up with attorneys in other case re: exhibits. | 1.00 200.00/hr | BLB | $200.00 |
| - | Review 100 page Counterclaim For $104,720.00 filed by Merrill; prepare Motion for Clerk's entry of Defaul and Default Judgment pursuant to Rule 55; prepared motion to strike the Counterclaim under Rule 12(f); conferred re same with B. Bartels. | 5.40 200.00/hr | RWH | $1,080.00 |
| 6/26/2015 - | Conference with Jim and Phoebe Bishop regarding status of case and reviewing with Phoebe some of the alllegations in Merrill's counterclaim, including his assertion that he delivered a 34 page trust agreement to Phoebe on Feb. 4, 2015 and she made copies of it prior to his picking it up on Feb. 9, 2015. She states that is a lie (1.0); legal research on default judgments and striking of a pleaading; modified motions for default judgment and to sstrike the Counterclaim. (2.3). | 3.30 200.00/hr | RWH | $660.00 |
| - | Review no-order re: PID from Judge. | 0.20 200.00/hr | BLB | $40.00 |
| 6/29/2015 - | E-file Motion to Strike Counterclaim and Motino for Default. Mail to defendant. | 0.90 100.00/hr | AVH | $90.00 |
| - | Review and revise Motion for Default and Motion to Strike. | 1.00 200.00/hr | BLB | $200.00 |
| 7/1/2015 - | Contact to Phoebe re: whether 30-page "trust" document was ever presented by Merrill. | 0.40 200.00/hr | BLB | $80.00 |
| 7/14/2015 - | Follow up re: status of El Paso County and Custer County cases. | 0.30 200.00/hr | BLB | $60.00 |
| 7/15/2015 - | Contact with Phoebe re: electric bill question and update. Review new pleading from Merrill and outline response. | 1.30 200.00/hr | BLB | $260.00 |

**Exhibit A - Page 3 of 7**

Phoebe M. Bishop and James R. Bishop                                                           Page    4

|            |                                                                                                                                                                                                                                                                                                                              | Hrs/Rate          |     | Amount     |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----|------------|
| 7/15/2015 - | Review Merrill's latest court filing REFUSAL FOR CAUSE and NOTICE OF BILLING; can't identify the filing as any kind of a pleading to which a response is necessary.                                                                                                                                                          | 0.80<br>200.00/hr | RWH | $160.00    |
| 7/16/2015 - | Review Merrill's pleadings received in the mail yesterday and today. Calendar responses for same.                                                                                                                                                                                                                            | 0.30<br>100.00/hr | AVH | $30.00     |
|            | - Review contact information from Phoebe and information re: attempted delivery from Merrill. Review response from Merrill.                                                                                                                                                                                                  | 1.00<br>200.00/hr | BLB | $200.00    |
| 7/17/2015 - | Review information received from Merrill.                                                                                                                                                                                                                                                                                    | 0.30<br>200.00/hr | BLB | $60.00     |
| 7/21/2015 - | Review court order of dismissal in Custer County and follow up re: status of pleadings.                                                                                                                                                                                                                                      | 1.00<br>200.00/hr | BLB | $200.00    |
| 7/22/2015 - | Finalize and e-file Reply.                                                                                                                                                                                                                                                                                                   | 0.30<br>100.00/hr | AVH | $30.00     |
|            | - Report to Bishops. Reply to Response.                                                                                                                                                                                                                                                                                      | 1.25<br>200.00/hr | BLB | $250.00    |
| 8/3/2015 - | Review Merrill's response.                                                                                                                                                                                                                                                                                                   | 0.30<br>200.00/hr | BLB | $60.00     |
| 8/4/2015 - | Review Merrill's response to our motion for judgment.                                                                                                                                                                                                                                                                        | 0.20<br>100.00/hr | AVH | $20.00     |
| 8/6/2015 - | Follow up with Phoebe re: status.                                                                                                                                                                                                                                                                                            | 0.40<br>200.00/hr | BLB | $80.00     |
| 8/10/2015 - | Legal research on appellate court holdings related to pro se litigants; review of the voluminous Response to Motion for Judgment filed by Merrill on August 3, 2015 and received by H&B on August 4, 2015; review of Plaintiffs' previously filed motion for entry of default and for default judgement and motion to strike defendant's counterclaim; prepared reply to Merrill's Response to Motion for Judgment and filed with the court. | 8.20<br>200.00/hr | RWH | $1,640.00  |
|            | - Analyze ICCES to verify filing of Motion To Dismiss Re: Corporate Counsel                                                                                                                                                                                                                                                  | 0.10<br>125.00/hr | LRK | $12.50     |
| 8/11/2015 - | Revise and e-file Reply to Response to Motion for Judgment.                                                                                                                                                                                                                                                                  | 0.60<br>100.00/hr | AVH | $60.00     |
|            | - Review and revise reply to motion for judgment.                                                                                                                                                                                                                                                                            | 0.50<br>200.00/hr | BLB | $100.00    |
| 8/20/2015 - | Review Merrill's response to our reply regarding plaintiffs' motion for entry of default and default judgment; discussion with B. Bartels on whether to prepare and file motion to take Jim Bishop's preservation deposition; reviewed Rules 16, 26 and 30                                                                    | 3.20<br>200.00/hr | RWH | $640.00    |

**Exhibit A - Page 4 of 7**

Phoebe M. Bishop and James R. Bishop            Page 6

| Date | Description | Hrs/Rate | | Amount |
|---|---|---|---|---|
| 9/16/2015 | Review Merrill's latest postings. | 0.35 200.00/hr | BLB | $70.00 |
| 9/17/2015 | Review postings. | 0.50 200.00/hr | BLB | $100.00 |
| 9/21/2015 | Review Merrill's response to our motion for preliminary injunction and his new lawsuit filed in Larimer County where he has assumed the position of a judge ordering the clerk of court to send judges to the 4th Judicial District to try his case. | 0.60 200.00/hr | RWH | $120.00 |
| | Review response to Motion for Injunction and "order" sent to Fort Collins/Larimer County. Calendar response, if any. | 0.75 200.00/hr | BLB | $150.00 |
| 9/24/2015 | Follow up re: case status and Larimer County filing. | 0.40 200.00/hr | BLB | $80.00 |
| 9/25/2015 | Review, draft and revise reply. Review orders from court re: judgment for Bishops. Forward good news to clients. | 3.25 200.00/hr | BLB | $650.00 |
| | Request to clerk for certified copy of Order of Judgment. | 0.20 100.00/hr | AVH | $20.00 |
| | Finalize and e-file Reply in Support of Motion for Preliminary Injunction. | 0.30 100.00/hr | AVH | $30.00 |
| | Continued review of response to Plaintiffs' Motion for Preliminary Injunction; prepare reply to the response and file with court. | 3.20 200.00/hr | RWH | $640.00 |
| 9/28/2015 | Draft bill of costs and attorneys' fees affidavit. Gather backup for same. | 1.60 100.00/hr | AVH | $160.00 |
| | Review e-mails re: Merrill's possible retaliation. Follow up re: orders. | 0.50 200.00/hr | BLB | $100.00 |
| 9/29/2015 | Read Merrill's new Change of Venue pleading. Review Constitution Article 12 re: oath of office. | 0.70 100.00/hr | AVH | $70.00 |
| | Review change of venue motion in El Paso County. Forward order to interested parties. Review court's order re: change of venue motion filed yesterday. Follow up with Bishops re: "Bishop Castle" bank account at Wells Fargo. Review Merrill's announcement that judgment is "null." | 1.00 200.00/hr | BLB | $200.00 |
| 9/30/2015 | Review e-mails and respond re: orders from 9/25. Follow up with Phoebe re: Merrill's mailing to them. | 0.30 200.00/hr | BLB | $60.00 |
| | Prepare and send out certified copy of Order of Judgment to Custer County clerk for recording. | 0.20 100.00/hr | AVH | $20.00 |

**Exhibit A - Page 6 of 7**

Phoebe M. Bishop and James R. Bishop                                                                                     Page    7

|  |  | Hrs/Rate | | Amount |
|---|---|---|---|---|
| 10/1/2015 | Draft and revise memo for meeting. | 0.60<br>200.00/hr | BLB | NO CHARGE |
|  | Review order re: response to reply and order from court re: mootness. Forward information re: case status. | 0.50<br>200.00/hr | BLB | $100.00 |
| 10/2/2015 | Telephone conversation with Phoebe re: status. Revise information for attorney fee motion. | 1.00<br>200.00/hr | BLB | $200.00 |
|  | Draft and revise memo. Deliver to site. | 1.00<br>200.00/hr | BLB | NO CHARGE |
| 10/5/2015 | Draft information for attorney fees submission. | 0.80<br>200.00/hr | BLB | $160.00 |
| 10/6/2015 | Receive and review 38 page Refusal for Cause on Null Judgment and Prudek billing for $2MM and attached exhibits. No response necessary. | 2.20<br>200.00/hr | RWH | $440.00 |
|  | Review prior billing. | 1.00<br>200.00/hr | BLB | $200.00 |
| 10/7/2015 | Review and add to drafts of Affidavit of Attorney fees and Bill of Costs; prepare proposed order for attorney fees and costs and cover sheet for filing. | 1.80<br>200.00/hr | RWH | $360.00 |
|  | Review prior billing and draft affidavit of attorney fees. | 1.00<br>200.00/hr | BLB | $200.00 |
|  | Finalize and e-file affidavit for attorney fees and bill of costs. | 0.60<br>100.00/hr | AVH | $60.00 |
|  | Review prior billing. Revise affidavit of attorney fees. Draft submittal cover sheet and proposed order. | 1.00<br>200.00/hr | RWH | $200.00 |
|  | **TOTAL:** | [   143.68 | | $27,258.17] |
|  | For professional services rendered | 143.68 | | $27,258.17 |

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>270 S. Tejon Street/80903<br>PO Box 2980/80901-2980<br>Colorado Springs, Colorado<br>(719) 452-5000 | DATE FILED: October 7, 2015 3:13 PM<br>FILING ID: D695263168426<br>CASE NUMBER: 2015CV31641 |
| JAMES R. BISHOP and PHOEBE M. BISHOP, and BISHOP CASTLE, a non-profit corporation,<br><br>*Plaintiffs,*<br><br>vs.<br><br>DAVID MERRILL, a/k/a DAVID VANPELT, a/k/a DAVID MERRIL, d/b/a CASTLE CHURCH For the Redemption of the Office BISHOP,<br><br>*Defendant.* | ▲ COURT USE ONLY ▲<br><br>Case No. 2015CV31641<br><br>Division: 14 |
| Attorneys for Plaintiffs<br>HANES & BARTELS LLC<br>Richard W. Hanes, #1206<br>Brenda L. Bartels, # 17117<br>102 South Tejon Street, Suite 800<br>Colorado Springs, CO 80903-2239<br>Telephone: (719) 260-7900<br>Facsimile: (719) 260-7904<br>e-mail: blb@hhbcolorado.com | |
| **PLAINTIFFS' BILL OF COSTS** | |

Plaintiffs James R. Bishop, Phoebe M. Bishop and Bishop Castle ("Bishop"), by their undersigned counsel, hereby submit this Bill of Costs pursuant to rules 54(d) and 121, section 1-22, of the Colorado Rules of Civil Procedure and related case law:

1. **Docket and Filing Fees:**

| | | |
|---|---|---|
| ICCES | case history *Merrill v Beierle* 2015CV03 | $10.00 |
| ICCES | filing fee for complaint | 230.00 |
| ICCES | filing fee for motion to assign case to public impact docket | 6.00 |
| ICCES | filing fee for notice of lis pendens | 12.00 |
| ICCES | filing fee for response to remand/removal and change of venue | 6.00 |
| ICCES | filing fee for motion for entry of default and default judgment | 6.00 |
| ICCES | filing fee for joint reply to joint "responses to responses (re motion for entry of default and default judgment and re motion to strike) | 12.00 |

- 1 -

**Exhibit 2 - Page 1 of 3**

|  |  |  |
|---|---|---|
| ICCES | filing fee for plaintiffs' reply to defendants' response to motion for judgment | 6.00 |
| ICCES | filing fee for plaintiffs' motion for forthwith preliminary injunction | 6.00 |
| ICCES | filing fee for plaintiffs' reply to response to motion for forthwith preliminary injunction | 6.00 |

These costs are authorized under C.R.S. § 13-16-122(1)(a) and (b).

TOTAL court filing fees and costs: $300.00

2. Miscellaneous Expenses:

    A. Postage/Delivery Costs: Postage/mailing charges incurred during the preparation, defense and prosecution of this case from 6/2015 to 10/2015     5.21

    B. Copying and printing costs, at 15¢ per page     232.50

    C. Research costs (WestLaw on-line legal research billed to client) from 6/2015 through 10/2015 See, *Gf Gaming Corp. v. Taylor*, 205 P.3d 523 (Colo. App. 2009)     1,362.00

    D. Accurint advanced person search     20.25

    E. Custer County clerk and recorder – notice of lis pendens     16.00

    F. Precision Legal Services – service of complaint on defendant     50.00

    G. El Paso County Clerk – certified copy of Order of Judgment     23.00

    H. Record Order of Judgment in Custer County     26.00

Total Miscellaneous Expenses: $1,734.96

TOTAL RECOVERABLE COSTS INCURRED BY PLAINTIFFS **$2,034.96**

WHEREFORE, Plaintiffs James R. Bishop, Phoebe M. Bishop and Bishop Castle respectfully request that they be awarded their costs in the amount of $2,034.96, with such additional relief as the Court deems just and proper.

Respectfully submitted this 7th day of October, 2015.

                                HANES & BARTELS LLC

                                The duly signed original is on file in
                                the office of Hanes & Bartels LLC

                                /S/ RICHARD W. HANES
                                Richard W. Hanes, #1206
                                102 South Tejon Street, Suite 800
                                Colorado Springs, CO 80903

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>270 S. Tejon Street/80903<br>PO Box 2980/80901-2980<br>Colorado Springs, Colorado<br>(719) 452-5000 | DATE FILED: October 7, 2015 3:13 PM<br>FILING ID: D695263168426<br>CASE NUMBER: 2015CV31641 |
| JAMES R. BISHOP and PHOEBE M. BISHOP, and BISHOP CASTLE, a non-profit corporation,<br><br>*Plaintiffs,*<br><br>vs.<br><br>DAVID MERRILL, a/k/a DAVID VANPELT, a/k/a DAVID MERRIL, d/b/a CASTLE CHURCH – For the Redemption of the Office BISHOP,<br><br>*Defendant.* | ▲ COURT USE ONLY ▲<br><br>Case No. 2015CV31641<br><br>Division: 14 |
| **ORDER OF JUDGMENT RE: PLAINTIFFS' ATTORNEY FEES AND COSTS** ||

This matter comes before the Court on Plaintiffs' attorneys' submission of their affidavit of attorney fees and bill of costs, pursuant to the provisions of paragraph 15 of this Court's ORDER OF JUDGMENT, issued September 25, 2015.

Having reviewed the Affidavit and Bill of Costs and any response thereto from Defendant, the Court FINDS that the attorney fees and costs incurred in the prosecution of this action are reasonable and were necessary.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

Plaintiffs shall and do hereby have judgment against DAVID MERRILL, a/k/a DAVID VANPELT, a/k/a DAVID MERRIL, d/b/a CASTLE CHURCH – For the Redemption of the Office BISHOP in the followings amounts:

| | |
|---|---|
| Attorney fees | $27,258.17 |
| Costs | $ 2,034.96 |
| **TOTAL JUDGMENT** | **$29,293.13** |

Interest shall accrue on the total judgment at the statutory rate of 8% per annum from the date of this Order until paid.

Entered this _____ day of _____, 2015.

_____
District Court Judge

Phoebe M. Bishop and James R. Bishop

Page 5

| Date | Description | Hrs/Rate | | Amount |
|---|---|---|---|---|
| | regarding taking deposition before CMO or before case is at issue; prepared Motion to Take Deposition and two accompanying proposed orders; received email from Phoebe Bishop regarding Jim's "recovery" from cancer and decided to postpone filing the motion for a preservation deposition. | | | |
| 8/20/2015 - | Follow up with Phoebe re: case status. Review ICCES status. | 0.75 200.00/hr | BLB | $150.00 |
| 8/21/2015 - | Follow up with Phoebe re: meeting. Review court file status. Attend meeting. | 0.40 200.00/hr | BLB | NO CHARGE |
| 9/4/2015 - | Update clients re: case status. Review information re: phone company contact. Draft letter to phone company. | 1.25 200.00/hr | BLB | $250.00 |
| 9/7/2015 - | Review information re: meeting at Castle with phone company. | 0.30 200.00/hr | BLB | $60.00 |
| 9/8/2015 - | Review text re: phone company cancellation. Telephone conversation with J. Vincent. E-mails with J. Vincent. Review draft affidavit. Review copy of "trust contract" and other information from J. Vincent. Consider motion for emergency preliminary injunction. | 2.25 200.00/hr | BLB | $450.00 |
| 9/9/2015 - | Meeting with Bishops. Work on file. Multiple follow ups. E-mails with J. Vincent. Research J. Vincent and relationship to Merrill and with North Carolina individual. | 2.75 200.00/hr | BLB | $550.00 |
| - | Prepare motion for preliminary injunction. Conference with Jim and Phoebe Bishop, legal research; conference with Brenda Bartels. | 4.28 200.00/hr | RWH | $855.67 |
| 9/10/2015 - | Review and revise motion for preliminary injunction. Review e-mail from J. Vincent. Review text re: box from Merrill to Bishops / J. Vincent. | 1.25 200.00/hr | BLB | $250.00 |
| - | Further modifications to motion for preliminary injunction; prepare proposed injunction order; prepared motion for reduced time to respond to the motion for PI; prepared proposed order re motion for reduced time to respond; filed motions and proposed orders with the court. | 2.80 200.00/hr | RWH | $560.00 |
| - | Modifications to motion for preliminary injunction regarding web site www.bishopcastle.us; review web site for exhibit to the motion; conference re same with Brenda Bartels. | 3.20 200.00/hr | RWH | $640.00 |
| 9/11/2015 - | Revise, finalize and e-file motion for preliminary injunction and motion to reduce time to respond. | 0.80 100.00/hr | AVH | $80.00 |
| 9/14/2015 - | Follow up with Shelly Bierle. | 0.20 200.00/hr | BLB | NO CHARGE |

**Exhibit A - Page 5 of 7**