| | |
|---|---|
| **DISTRICT COURT, EL PASO COUNTY, COLORADO**<br><br>270 S. Tejon Street/80903<br>PO Box 2980/80901-2980<br>Colorado Springs Colorado (719) 452-5000 | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>NOV 3 0 2015<br><br>JEFFREY P. COLWELL<br>CLERK |
| **Plaintiff:**<br>David Merrill and DAVID MERRILL, as Trustee of CASTLE CHURCH – For the Redemption of the Office BISHOP<br>v. | **COURT USE ONLY** |
| **Defendant:**<br>James Roland BISHOP and Phoebe M. BISHOP, and BISHOP CASTLE NONPROFIT CORPORATION, Lena HOWLAND/LENA HOWLAND Reporter, KOAA/5 News and Shelly BEIERLE | Counterclaim No: 2015-CV-31641<br><br>Division 14; Marla PRUDEK #16155 pretends to be a judge. David A. GILBERT #13737 also pretends to be a judge. |
| David Merrill<br>3355 North Academy Boulevard #189<br>Colorado Springs, Colorado. [80917-5103] | USDC - 15-MC-53 |
| **RESPONSE TO INTERROGATORIES** | $0.00⁰ US POSTAGE 11/27/2015 <br>071S00803117<br>30917<br>00008425 |

I AM David Merrill of the VAN PELT family as named and already identified making a special appearance by invitation and absolute ministerial right.

I am in receipt as you are aware of a document INTERROGATORIES UNDER C.R.C.P. 69(d) - INDIVIDUAL. The document was served upon me on Sunday at a local religious organization in fact by a process server named Heather who administered legal advice as she did so, in front of security/safety qualified congregant Kevin Donald TEBEDO. I refrain from inquiring how this relates to Pragmatism - serving me at such an institution.

I have Refused for Cause this document timely as evidenced on PACER at 15-MC-53; Doc 16. I do not wish to appear in contempt of court so I am sending the Interrogatories back to you answered truthfully in that most if not all the topics and inquiries are private to two trust agreements and the minutes of both trusts are off limits to you. It would appear that over the last few months you fail to understand that the contract between Jim and Phoebe BISHOP and myself is legally binding and I have certain obligations to perform for the benefit of the

beneficiaries. Bishop Castle has an exciting legacy and destiny that is already in the works as shown attached.

Thank you for your time but I must insist that you restore the county tax records in Custer County to reflect the truth. And also you would be wise to restore any and all funds taken under any null judgments and presumed consent. These nuisance Writs of Garnishment (Docs 17-18 Refused for Cause in Denver) are a very bad thing, considering the lawsuit against criminal syndicalism of which David A. GILBERT seems to be pioneering.

In the above captioned case, you never served the Trust or Me, as the Trustee. Therefore the entire suit is a non-event except to indict the actors pretending to be judicial officers. That you serve me papers marked (individual) is consistent with your non-action and null judgments.

This action in the US Court of Federal Claims attached is indeed the coherence of heritage that Jim and I (not Phoebe) would entertain our already active imaginations with by the fire up at the Castle before bed! Bishop Castle is already much more than wonderful family art; just like CASTLE CHURCH TRUST has had planned for it from its earliest inception. Please do not complicate matters further with any more development of these null judgments.

David Merrill in any capacity:



Mailed to the USDC - Denver, HANES AND BARTELS LLC and to the Fourth Judicial District courthouse too.

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>270 S. Tejon Street/80903<br>PO Box 2980/80901-2980<br>Colorado Springs, Colorado<br>(719) 452-5000 | |
| JAMES R. BISHOP and PHOEBE M. BISHOP, and BISHOP CASTLE, a non-profit corporation,<br><br>*Plaintiffs,*<br><br>vs.<br><br>DAVID MERRILL, a/k/a DAVID VANPELT, a/k/a DAVID MERRIL, d/b/a CASTLE CHURCH – For the Redemption of the Office BISHOP,<br><br>*Defendant.* | ▲ COURT USE ONLY ▲<br><br>Case No. 2015CV31641<br><br>Division: 7 |
| Attorneys for Plaintiffs:<br>HANES & BARTELS LLC<br>Richard W. Hanes, #1206<br>Brenda L. Bartels, # 17117<br>102 South Tejon Street, Suite 800<br>Colorado Springs, CO 80903-2239<br>Telephone: (719) 260-7900<br>Facsimile: (719) 260-7904<br>e-mail: blb@hhbcolorado.com | |
| **INTERROGATORIES UNDER C.R.C.P. 69(d) – INDIVIDUAL** | |

The following Interrogatories are propounded to **DAVID MERRILL, a/k/a DAVID VANPELT, a/k/a DAVID MERRIL, d/b/a CASTLE CHURCH – For the Redemption of the Office BISHOP** pursuant to C.R.C.P. 69(d) in connection with **ORDER OF JUDGMENT RE: PLAINTIFFS' ATTORNEY FEES AND COSTS** (copy attached hereto). If you pay the full amount of the judgment ($29,293.13) to the clerk of the court, identified below, prior to 21 days from the date of service of these interrogatories, you do not have to answer these interrogatories.

> **Answer all of the questions and each and every part thereof fully and completely. Within twenty-one (21) days after service hereof you must have answered these Interrogatories and appeared with your written answers before the Clerk of Division 14 of the District Court for El Paso County, Colorado, 270 S. Tejon Street, Colorado Springs, Colorado 80903. (Telephone: 719-451-5000), for the Clerk to verify your answers and receive them for filing with the Court and a copy mailed to the sender. Use a separate sheet of paper, if necessary. Do not use Post Office boxes for any address provided in your answers unless you request and receive permission from the Court.**

1

1. State your home address, business address, home phone, business phone, and date of birth:

    Home address: _____

    Business address: _____

    Home phone: _____

    Business phone: _____

    Date of Birth: _____

2. If you are employed, state the name, address, and phone number of your employer(s). If more than one employer show additional employers on a separate sheet of paper.

    Name of Employer: _____

    Phone Number: _____

    Address: _____

3. If you have any income from any source other than your employer (for example, rental income, commissions, stock dividends, interest), state the name, address, phone number, amount of income, and dates of payment of the person or business paying you the income.

    Name of Payor: _____

    Phone Number: _____

    Address: _____

    Amount of Payments: _____   Dates of Payments: _____

    Name of Payor: _____

    Phone Number: _____

    Address: _____

    Amount of Payments: _____   Dates of Payments: _____

4. If you are not employed or have other sources of income, state all sources of money you use to pay your living expenses, including the name, address, telephone number, and amounts. Show additional sources on a separate sheet of paper, if necessary:

    Name of Payor: _____

    Phone Number: _____

    Address: _____

    Amount of Payments: $_____   Dates of Payments: _____

    Name of Payor: _____

    Phone Number: _____

    Address: _____

    Amount of Payments: $_____   Dates of Payments: _____

5.    State whether you own or rent the home you live in, including the amount of rent or house payments you make:

      ☐ Rent _____ (monthly rent payment)
      ☐ Own _____ (monthly house payment)

      Name(s) of Owner(s): _____

6.    State the address of all real estate you own or have an interest in, including any leasehold interest or any interest whatsoever in any income producing property.

7.    State the name, address, account number and type of account for every financial institution (bank, savings and loan, credit union, brokerage house) where you have an account or where you have signature authority on the account. Provide additional information on a separate sheet of paper, if necessary.

      Name: _____
      Address: _____
      Type of Account: _____
      Account Number (last 4-digits): _____

      Name: _____
      Address: _____
      Type of Account: _____
      Account Number (last 4-digits): _____

      Name: _____
      Address: _____
      Type of Account: _____
      Account Number (last 4-digits): _____

8.    Please state the name, address, account number and type of account for every financial institution (bank, savings and loan, credit union, brokerage house, etc.) where Castle Church and Bishop Castle have an account or where you have signature authority on account in the names of Castle Church and Bishop Castle.

9.    If you own or owned during the last four years, or regularly use any automobiles, motorcycles, trucks, RV's, ATV's, Jet skis, boats, or trailers, list the make, model, year, VIN, date of purchase, purchase price, name of owner if only used by you. If you no longer own the vehicle, identify date of sale, sale price, and name and address of purchaser. Provide additional information on a separate sheet of paper, if necessary.

      Make: _____ Model: _____ Year: _____ VIN: _____
      Purchase Date: _____ Price: _____

3

Sale Date: _____ Price: _____

Purchaser: _____

Address of Purchaser: _____

Owner if not you: _____

Make: _____ Model: _____ Year: _____ VIN: _____

Purchase Date: _____ Price: _____

Sale Date: _____ Price: _____

Purchaser: _____

Address of Purchaser: _____

Owner if not you: _____

10. If you own or owned during the last four years, or use any firearms, list the make, model, serial number, date of purchase, purchase price. If you no longer own the firearm, identify date of sale, sale price, and name and address of purchaser. Provide additional information on a separate sheet of paper, if necessary.

Make: _____ Model: _____ Serial Number: _____

Purchase Date: _____ Price: _____

Sale Date: _____ Price: _____

Purchaser: _____

Address of Purchaser: _____

Owner if not you: _____

Make: _____ Model: _____ Serial Number: _____

Purchase Date: _____ Price: _____

Sale Date: _____ Price: _____

Purchaser: _____

Address of Purchaser: _____

Owner if not you: _____

11. If you own or owned during the last four years, or regularly use any personal property NOT DESCRIBED ABOVE for which the purchase prices was $500.00 or more, describe each item by make, model, date of purchase, purchase price, name of owner if only used by you. If you no longer own the item, identify date of sale, sale price, and name and address of purchaser. Provide additional information on a separate sheet of paper, if necessary.

Make: _____ Model: _____ Purchase Date: _____

Price: _____

Sale Date: _____ Price: _____

Purchaser: _____

Address of Purchaser: _____

Owner if not you: _____

4

        Make: _____ Model: _____ Purchase Date: _____
        Price: _____
        Sale Date: _____ Price: _____
        Purchaser: _____
        Address of Purchaser: _____
        Owner if not you: _____

12. State the name, address, and telephone number of your spouse, if you are married and if not, a close relative not living with you, indicating their relationship to you.

        Name: _____
        Relationship: _____
        Address: _____
        Phone Number: _____

13. Produce and attach to your answers, copies of the following documents for the last four years:

    a. Your federal and state tax returns with all attachments.
    b. The deed to or the lease for your home.
    c. Your driver's license.
    d. Your last pay stub from your employer(s).
    e. Your last bank statement(s), including but not limited to savings accounts, checking accounts, money market accounts, certificates of deposit, and safe-deposit boxes.

14. Produce and attach to your answers, copies of all documents for each account for the last four years identified in Interrogatories #7 and 8.

15. Do you have any life, health, or accident insurance with a cash surrender clause or from which money is due to you? If so, please list the name and phone number of the insurance company and the respective policy numbers.

16. State the description, amount and location of any stocks, bonds, U.S. Savings Bonds, debentures or other securities which you or your spouse own or in which either of you has an interest. Identify each instrument separately by number, denomination, issuer, and state the location of each.

17. Identify any brokerage firm or other financial institution with which you maintain an account.

5

18. State the amount and location of cash which you have on hand.

19. State the location of your books and records; if you use the services of a bookkeeper or accountant, state the name and address of such bookkeeper or accountant.

20. State the full and correct name and address of all persons, firms or corporations to whom you owe money.

21. State the full and correct name and address of all persons, firms or corporations that owe you money.

22. Are you the beneficiary of any Trust? If so, provide the name of the Trust and the name, address and phone number of the Trustee.

23. Are you the beneficiary, devisee or heir to the estate of any deceased person, the distribution of which has not yet been made or completed? If so, provide the name of the estate, the court in which any probate proceedings are being conducted, and the name, address and phone number of the personal representative, executor/executrix or administrator of said estate.

**Failure to respond fully, accurately and timely to these interrogatories could result in a citation for contempt of court.**

I do hereby affirm under penalty of perjury that I have read each of the above questions and answered them fully and truthfully.

Dated: _____     _____
                                                                                    Judgment Debtor

Subscribed and affirmed, or sworn to before me in the County of _____, State of _____, this _____ day of _____, 20_____.

My Commission Expires: _____     _____
                                                                                     Notary Public /Deputy Clerk

Respectfully submitted this 2nd day of November, 2015.

                                HANES & BARTELS LLC

*The duly signed original is on file in the office of Hanes & Bartels LLC*

/S/ RICHARD W. HANES
Richard W. Hanes, #1206
102 South Tejon Street, Suite 800
Colorado Springs, CO 80903
Telephone: (719) 260-7900
Facsimile: (719) 260-7904

7

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>270 S. Tejon Street/80903<br>PO Box 2980/80901-2980<br>Colorado Springs, Colorado<br>(719) 452-5000 | |
| JAMES R. BISHOP and PHOEBE M. BISHOP, and BISHOP CASTLE, a non-profit corporation,<br><br>*Plaintiffs,*<br><br>vs.<br><br>DAVID MERRILL, a/k/a DAVID VANPELT, a/k/a DAVID MERRIL, d/b/a CASTLE CHURCH – For the Redemption of the Office BISHOP,<br><br>*Defendant.* | ▲ COURT USE ONLY ▲<br><br>Case No. 2015CV31641<br><br>Division: 14 |

## ORDER OF JUDGMENT RE: PLAINTIFFS' ATTORNEY FEES AND COSTS

This matter comes before the Court on Plaintiffs' attorneys' submission of their affidavit of attorney fees and bill of costs, pursuant to the provisions of paragraph 15 of this Court's ORDER OF JUDGMENT, issued September 25, 2015.

Having reviewed the Affidavit and Bill of Costs and any response thereto from Defendant, the Court FINDS that the attorney fees and costs incurred in the prosecution of this action are reasonable and were necessary.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

Plaintiffs shall and do hereby have judgment against DAVID MERRILL, a/k/a DAVID VANPELT, a/k/a DAVID MERRIL, d/b/a CASTLE CHURCH – For the Redemption of the Office BISHOP in the followings amounts:

| | |
|---|---|
| Attorney fees | $27,258.17 |
| Costs | $ 2,034.96 |
| **TOTAL JUDGMENT** | **$29,293.13** |

Interest shall accrue on the total judgment at the statutory rate of 8% per annum from the date of this Order until paid.

Entered this ____ day of _____, 2015.

_____
District Court Judge

| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>Court Address:<br>270 S. Tejon, Colorado Springs, CO, 80901 | |
|---|---|
| Plaintiff(s) JAMES R BISHOP et al.<br>v.<br>Defendant(s) DAVID MERRILL | DATE FILED: October 29, 2015 5:05 PM<br>CASE NUMBER: 2015CV31641 |
| | ⚠ COURT USE ONLY ⚠ |
| | Case Number: 2015CV31641<br>Division: 7    Courtroom: |
| **Order: Proposed Order of Judgment re: Plaintiffs' Attorney Fees and Costs** | |

The motion/proposed order attached hereto: GRANTED.

Issue Date: 10/29/2015

*[signature]*

DAVID A GILBERT
District Court Judge